UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER C. JENSEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF IDAHO,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-00150-BLW<br><br>**ORDER** |

　　　　On March 25, 2013, Jensen filed a "Complaint for Interpleader and Declaratory Relief" requesting a "lawful exemption from the Idaho Codes and Statutes pertaining to driver's license, vehicle registration and liability insurance." (Dkt. 1. Because he did not pay the required filing fee or submit a request to proceed *in forma pauperis*, the Court issued an order requiring Plaintiff to either pay the required filing fee or submit an application for in forma pauperis status. (Dkt. 5).

　　　　Jensen then filed an Application to Proceed In Forma Pauperis (Dkt. 6), which the Court denied.(Dkt. 8). Additionally, the Court ordered Plaintiff to pay the $400 filing fee on or before December 10, 2013, and notified him that if he did not do so, the Court would reassign this case to a District Judge for possible dismissal without further notice.

　　　　Jensen did not file the required fee and the deadline has passed. Accordingly, the case was reassigned to the undersigned District Judge to consider whether it should

be dismissed without further notice. Under these circumstances, the Court will dismiss the case in its entirety.

**IT IS ORDERED:**

1. Plaintiff's Complaint is **DISMISSED** and this case shall be dismissed in its entirety. The Clerk of the Court shall close the case.

DATED: **December 18, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge