UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER C. JENSEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE OF IDAHO,<br><br>                    Defendant. | Case No. 2:13-cv-00150-BLW<br><br>**ORDER** |

Due to a clerical error regarding Plaintiff's filing fee, the Court dismissed Plaintiff's Complaint in this matter. (Dkt. 10). The Court has now fixed that clerical error and determined that Plaintiff did, in fact, pay his filing fee in a timely manner. Accordingly, the Court will vacate its earlier order and reinstate this matter.

**IT IS ORDERED:**

1. The Court's earlier Order, Dkt. 10, is **WITHDRAWN**, and Plaintiff's Complaint is reinstated.

**ORDER - 1**

2.      The Clerk of the Court shall reassign this case back to Magistrate Judge Ronald E. Bush for further proceedings pending the expiration of the consent process.

DATED: **December 30, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**